Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 3, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

No. 05-11
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellee

---------
O R D E R
---------

The Court appoints the Federal Public Defender at Alexandria, Virginia as lead counsel and Jeffrey L. Stredler of Norfolk, Virginia as as co-counsel for the appellant/ cross-appellee pursuant to the provisions of 21 U.S.C. Section 848 q(6) and the Criminal Justice Act.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK

Nunc Pro Tunc Date:  5/27/05