Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
June 13, 2005

05-10 US v. Richard Stitt
05-11 US v. Richard Stitt

### PRELIMINARY BRIEFING ORDER

Briefs and the appendix shall be served and filed within the time provided in the following schedule:

Appellant's brief/Appendix                7/25/05
                                          ------------

If this case involves more than one appellant or appellee, or is a case consolidated for purposes of the appeal, all parties to a side shall join in a single brief, unless the Court has granted a motion for leave to file separate briefs pursuant to Local Rules 28(a) and 28(d). All parties to a side shall share the time allowed for oral argument. Each side must notify the Court of the attorney who has been designated as lead counsel within 10 days of the date of this order.

Counsel are reminded that failure of the appellant to timely file a brief will cause the Court to initiate the process for dismissing a case under Local Rule 45, impose discipline pursuant to Local Rule 46(g), or both. Failure of the appellee to timely file a brief may result in the loss of the right to be heard at oral argument and in the imposition of discipline pursuant to Local Rule 46(g). Any motion for an extension of time to file a brief must be filed well in advance of the date the brief is due and must set forth the additional time requested and the reasons for the request. The Court discourages these motions, and grants extensions only when extraordinary circumstances exist. Local Rule 31(c).

cc:   Fernando Groene
      Gerald Thomas Zerkin
      Amy Leigh Austin
      Jeffrey Lance Stredler
      Kelly Elizabeth Mofield