Document 1

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia  23219-3517

Patricia S. Connor                         www.ca4.uscourts.gov                         Telephone
     Clerk                                                                          (804) 916-2700


June 15, 2005


Elizabeth H. Paret
U. S. DISTRICT COURT
Room 193
Walter E. Hoffman Courthouse
600 Granby Street
Norfolk, VA 23510



Re: 05-10 US v. Richard Stitt
        CR-98-47
        CA-03-356-2

    05-11 US v. Richard Stitt
        CR-98-47
        CA-03-356-2



Dear Clerk:

    Our records indicate that a transcript is already on file
for this appeal.  Please transmit the certificate to this
office as soon as possible. If there are problems that will
delay transmission of the certificate, please notify me.



                    Yours truly,

                    PATRICIA S. CONNOR
                        Clerk


                     /s/ Beth Walton
                    By: _____
                        Deputy Clerk