Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
July 18, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

---------
O R D E R
---------

Appellant has filed an unopposed motion for extension of time within which to file his preliminary brief and the joint appendix. The Court extends the time for filing the appellant's preliminary brief and joint appendix until August 4, 2005.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK