Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 5, 2005

No. 05-10
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

No. 05-11
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellee

------------
O R D E R
------------

Appellant-cross appellee has filed a motion for leave to file a supplemental appendix.

The Court grants the motion and accepts the proposed supplemental appendix for filing.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK