Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 5, 2005

No. 05-10
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

---------
O R D E R
---------

Counsel has filed a certificate of confidentiality indicating that sealed documents are included or disclosed in volume five of the joint appendix.

The Court seals volume five of the joint appendix.  Only the Court and counsel of record will be permitted access to this material.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK