Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 29, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

      Plaintiff - Appellee

  v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

      Defendant - Appellant

---------
**O R D E R**
---------

The government has filed a motion for extension of time within which to file its brief.  A briefing schedule has not yet been established for the government's cross-appeal. The Court denies the motion as moot.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK