Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 7, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

        Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

        Defendant - Appellant

_____

O R D E R

_____

    Appellant has filed a preliminary brief pursuant to Rule 22(b) of the Federal Rules of Appellate Procedure and this Court's Local Rule 22(a).

    The Court grants a certificate of appealability as to Issue 2 and denies a certificate of appealability as to Issue 1 in appellant's opening brief.

For the Court,

/s/  Patricia S. Connor
_____
CLERK