Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
September 7, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

---------
**O R D E R**
---------

The Court tentatively calendars these cases for oral argument during the week of January 31-February 6, 2006, in Richmond, Virginia.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK