Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
October 6, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

_____

O R D E R

_____

The government has filed a motion for extension of time within which to file its brief, and appellant filed a response in opposition to the motion.

The Court extends the time for filing the government's brief until November 22, 2005.

For the Court,

/s/  Patricia S. Connor
_____
CLERK