Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
December 21, 2005

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

————————————

O R D E R

————————————

Appellant has filed an unopposed motion for leave to file a brief in excess of the length limitations.

The Court grants appellant leave to file a brief not to exceed 23,000 words in length.

For the Court,

/s/ Patricia S. Connor
——————————————————
CLERK