Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 11, 2006

No. 05-10
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

No. 05-11
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellee

_____

O R D E R

_____

The Court extends appellee's time to file its cross-reply brief until 1/23/06.

For the Court,

/s/  Patricia S. Connor

_____
CLERK