Document 1

Document 2

## UNITED STATES COURT OF APPEALS
### FOR THE FOURTH CIRCUIT
Lewis F. Powell, Jr. United States Courthouse Annex
1100 E. Main Street, Suite 501
Richmond, Virginia 23219-3517

Patricia S. Connor
Clerk

www.ca4.uscourts.gov

Telephone
(804) 916-2700

January 12, 2006

Fernando Groene, Esq.
OFFICE OF THE U. S. ATTORNEY
Suite 300
Fountain Plaza Three
721 Lakefront Commons
Newport News, VA 23606


Michael James Elston, Esq.
OFFICE OF THE U. S. ATTORNEY
2100 Jamieson Avenue
Alexandria, VA 22314


Thomas Ernest Booth, Esq.
U. S. DEPARTMENT OF JUSTICE
Room 1511
Criminal Division
950 Pennsylvania Avenue, NW
Washington, DC 20530


Gerald Thomas Zerkin, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
11th Floor
830 East Main Street
Richmond, VA 23219


Amy Leigh Austin, Esq.
OFFICE OF THE FEDERAL PUBLIC DEFENDER
Suite 1100
830 East Main Street
Richmond, VA 23219


Jeffrey Lance Stredler, Esq.
WILLIAMS, MULLEN, HOFHEIMER, NUSBAUM, PC
Suite 1700
Dominion Tower
P. O. Box 3460
Norfolk, VA 23514


          Re: 05-10 US v. Richard Stitt
               CR-98-47

CA-03-356-2

05-11 US v. Richard Stitt
       CR-98-47
       CA-03-356-2


Dear Counsel:

    Enclosed is a copy of an order filed today in this case.



                              Yours truly,

                              PATRICIA S. CONNOR
                                    Clerk


                               /s/ Sharon A. Wiley
                              By: _____
                                    Deputy Clerk
Enclosure(s)

FILED:  January 12, 2006

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-10
(CR-98-47)

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy,
a/k/a Tom Tom,

Defendant - Appellant.

O R D E R

The parties are directed to file supplemental briefing
addressing whether Local Rule 22(a) permits a motion to expand a
COA if the COA was granted in the first instance by this Court.
These supplemental briefs are to be filed no later than January
26, 2006.

For the Court

/s/ Patricia S. Connor

Clerk