Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
January 26, 2006

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

_____

O R D E R

_____

The government has filed a motion for leave to file a brief in excess of the length limitations.

The Court grants the government leave to file a brief not to exceed 7,300 words in length.

For the Court,

/s/ Patricia S. Connor
_____
CLERK