Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
March 28, 2006

No. 05-10(L)
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

---------
**O R D E R**
---------

The government has filed a motion for extension of time until May 8, 2006, within which to file a petition for rehearing. Rule 40(a)(1) of the Federal Rules of Appellate Procedures provides that, in a civil case, if the United States or its officer or agency is a party, the time within which any party may seek rehearing is 45 days after entry of judgment, unless an order shortens or extends the time.  The Court entered judgment in this case on March 24, 2006. The last date on which a timely petition for rehearing may be filed is May 8, 2006.

The Court denies as moot the government's motion for extension of time within which to file a petition for rehearing.

For the Court - By Direction

/s/  Patricia S. Connor
_____
CLERK