Document 1

FILED: May 4, 2006

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 05-10(L)
(CR-98-47)
(CA-03-356-2)


UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

RICHARD THOMAS STITT, a/k/a Patrick V.
Hardy, a/k/a Tom Tom,

Defendant - Appellant.


O R D E R


The Court withholds issuance of the mandate and directs the parties to file supplemental

briefs on the following question:

In view of Andrews v. United States, 373 U.S. 334 (1963), does the Court of
Appeals have jurisdiction over this case?

The parties' supplemental briefs, not to exceed seven pages, shall be served and filed on or before

May 15, 2006.

Entered at the direction of Judge Motz, with the concurrence of Judge Widener and Judge

Williams.

For the Court

/s/ Patricia S. Connor

Clerk