Document 1

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
May 12, 2006


No. 05-10(L)
CR-98-47
CA-03-356-2


UNITED STATES OF AMERICA

        Plaintiff - Appellee


   v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

        Defendant - Appellant


------------
O R D E R
------------


Appellant/cross-appellee has filed an unopposed motion for an extension of time within which to file his supplemental brief. The Court extends the time until May 19, 2006.


For the Court,


/s/ Patricia S. Connor
_____
CLERK