Document 1

USCA4 Appeal: 05-10    Doc: 113    Filed: 08/16/2006    Pg: 1 of 2

UNITED STATES COURT OF APPEALS

FOR THE FOURTH CIRCUIT

FILED
August 16, 2006

No. 05-10
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

       Plaintiff - Appellee

  v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

       Defendant - Appellant

No. 05-11
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

       Plaintiff - Appellant

  v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

       Defendant - Appellee

_____

O R D E R

_____

The Court withdraws the opinion and vacates the judgment filed in these cases on March 24, 2006.

For the Court,

/s/  Patricia S. Connor
_____
            CLERK