Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

FILED
October 10, 2006

No. 05-10
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellee

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellant

No. 05-11
CR-98-47
CA-03-356-2

UNITED STATES OF AMERICA

Plaintiff - Appellant

v.

RICHARD THOMAS STITT, a/k/a Patrick V. Hardy, a/k/a Tom Tom

Defendant - Appellee

--------------

M A N D A T E

--------------

The judgment of this Court, entered 8/16/06, takes effect
this date.

A certified copy of this Court's judgment and a copy of its
decision are issued to the district court and constitute the
mandate of this Court.

/s/  Patricia S. Connor
-----------------------
CLERK