Document 1

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

October 10, 2006

TO:  U. S. District Court for the
     Eastern District of Virginia at Norfolk

FROM:  Beth Walton, Deputy Clerk

RE: 05-10 US v. Richard Stitt
    CR-98-47
    CA-03-356-2
    05-11 US v. Richard Stitt
    CR-98-47
    CA-03-356-2

Enclosures:

Original record on appeal consisting of:
    [  5] Volumes of pleadings
    [ 43] Volumes of transcripts
    [  4] Volumes of exhibits
    [   ] Volumes of depositions
    [   ] SEALED volumes
    [   ] Volumes of State Court Record
    [   ] Volumes other

    [ 52] TOTAL VOLUME(S)

    [  3] TOTAL NUMBER OF BOXES

    [   ]  Other:  _____

beth